Barry Werbin (BW-3595)
John J. Malley (JJM-3900)
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, N.Y. 10016
(212) 592-1418
(212) 545-3401 (Fax)
Attorneys for Plaintiffs

**COPY**

**07 CV 3434**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE KARAS**

-------------------------------------x
GUNDYCO ITF EXCALIBUR LIMITED
PARTNERSHIP and WHALEHAVEN CAPITAL
FUND LTD.,

              Plaintiffs,

  -against-

EARTH BIOFUELS, INC.,

              Defendant.

-------------------------------------x

Civ. No. _____

**RULE 7.1 STATEMENT**



APR 30 2007

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs Excalibur Limited Partnership and Whalehaven Capital Fund Ltd, private non-governmental parties, certifies that that there are no corporate parents, affiliates and/or subsidiaries of said defendant that are publicly held.

Dated: New York, New York
      April 30, 2007

                            HERRICK, FEINSTEIN LLP

                            By: _____
                            Barry Werbin (BW3595)
                            John J. Malley (JJM3900)
                            2 Park Avenue
                            New York, New York 10016
                            212-592-1418
                            Attorneys for Plaintiffs Excalibur Limited
                            Partnership and Whalehaven Capital Fund

HF 3609489v.1 #12895/0001 04/30/2007