Barry Werbin (BW-3595)
John J. Malley (JJM - 3900)
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, N.Y. 10016
(212) 592-1418
(212) 545-3401 (Fax)
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
EXCALIBUR LIMITED PARTNERSHIP and :
WHALEHAVEN CAPITAL FUND LTD.,    :   Civ. No. 07 CV 3434
                                 :
            Plaintiffs,          :
                                 :
    -against-                    :
                                 :
EARTH BIOFUELS, INC.,            :
                                 :
            Defendant.           :
------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that, on May 2, 2007, I caused true and correct copies of the foregoing *Civil Cover Sheet, Rule 7.1 Statement, Summons, Complaint, Individual Practices of Kenneth M. Karas and Individual Practices of Magistrate Judge Maas* to be served on defendant Earth Biofuels, Inc. ("Defendant") by United States First Class Mail at:

Earth Biofuels, Inc.
3001 Knox Street, Suite 403
Dallas, Texas 75205
Attention: Dennis McLaughlin

The service by United States First Class Mail is pursuant to paragraph 11(d) of the Registration Rights Agreements entered into between Plaintiffs and Defendant by which Defendant consented to accept service of process at the address set forth above by mail.

HF 3611215v.1 #12895/0001

Dated: New York, New York
      May 2, 2007

_____
John J. Malley