UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EXCALIBUR LIMITED PARTNERSHIP AND
WHALEHAVEN CAPITAL FUND,                    Index No. 07 CV 3434

                Plaintiffs,

     -against-                          **NOTICE OF APPEARANCE**

EARTH BIOFUELS, INC.,

                Defendant.
------------------------------------------------------------x

      **PLEASE TAKE NOTICE THAT**, the undersigned hereby enters its appearance as attorney of record for and on behalf of Defendant Earth Biofuels, Inc., in the above-captioned action. In accordance therewith, Defendant respectfully requests copies of all notices, pleadings, motions, orders, and other correspondence filed or served in this, or any related action, and that same be served electronically pursuant to the Court's Rules.

Dated: New York, New York
       June 12, 2007

                                SALON MARROW DYCKMAN NEWMAN & BROUDY, LLP

                                By: _____
                                Daniel I. Goldberg (DG-5745)
                                292 Madison Avenue
                                New York, New York 10017
                                Telephone: 212-661-7100
                                *Counsel for Defendant*
                                *Earth Biofuels, Inc.*

To:
Jack Malley, Esq.
Herrick Feinstein, LLP
2 Park Avenue
New York, New York 10016
212-592-1400
*Counsel for Plaintiffs*
*Excalibur Limited Partnership, and*
*Whalehaven Capital Fund Ltd.*