KARAS.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
EXCALIBUR LIMITED PARTNERSHIP AND
WHALEHAVEN CAPITAL FUND,

    Index no. 07 CV 3434 (KMF)

        Plaintiffs,

    -against-

    **STIPULATION AND ORDER**
    **EXTENDING TIME TO RESPOND**
    **TO COMPLAINT**

EARTH BIOFUELS, INC.,

        Defendant.
----------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time within which is required to move, or otherwise respond to Plaintiffs' Complaint is hereby extended to June 29, 2007; and

    IT IS FURTHER STIPULATED AND AGREED, that the service of the Summons and Complaint upon Defendant was proper and effective and that Defendant consents to the jurisdiction of this court.

Dated: New York, New York
       June 11, 2007

HERRICK, FEINSTEIN, LLP

By: _____
John J. Malley (JJM-3900)
2 Park Avenue
New York, New York 10016
Telephone: 212-592-1400
*Counsel for Plaintiffs*
*Excalibur Limited Partnership, and*
*Whalehaven Capital Fund Ltd.*

SALON MARROW DYCKMAN
NEWMAN & BROUDY, LLP

By: _____
Daniel I. Goldberg (DG-5745)
292 Madison Avenue
New York, New York 10017
Telephone: 212-661-7100
*Counsel for Defendant*
*Earth Biofuels, Inc.*

So Ordered,

_____
Hon. Kenneth M. Karas
6/12/07

HF 3666291 v.1 #12895/0001