UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EXCALIBUR LIMITED PARTNERSHIP AND
WHALEHAVEN CAPITAL FUND,

          Index No. 07 CV 3434

          Plaintiffs,

    -against-                      **CORPORATE DISCLOSURE STATEMENT**

EARTH BIOFUELS, INC.,

          Defendant.
-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate a possible disqualification or recusal, the undersigned attorneys for Earth Biofuels, Inc. in the above-captioned action identify Apollo Resources International, Inc. as a parent corporation that owns 10% or more of the stock of Earth Biofuels, Inc.

Dated: New York, New York
       June 28, 2007

                        SALON MARROW DYCKMAN NEWMAN & BROUDY, LLP

                        By: _____
                             Daniel I. Goldberg (DG-5745)
                             292 Madison Avenue
                             New York, New York 10017
                             Telephone: 212-661-7100
                             *Counsel for Defendant*
                             *Earth Biofuels, Inc.*

To:
Jack Malley, Esq.
Herrick Feinstein, LLP
2 Park Avenue
New York, New York 10016
212-592-1400
*Counsel for Plaintiffs*
*Excalibur Limited Partnership, and*
*Whalehaven Capital Fund Ltd.*