UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
EXCALIBUR LIMITED PARTNERSHIP and
WHALEHAVEN CAPITAL FUND LTD.,                :    Civ. No. 07 CV 3434 (GBD)

              Plaintiffs,

    -against-                                     :    **JOINT STIPULATION OF
                                                   DISMISSAL**

EARTH BIOFUELS, INC.,

              Defendant.
----------------------------------------X

      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties hereto stipulate to the dismissal of all claims in this action with prejudice and without costs, all parties hereby waiving all rights of appeal.

Dated: November 29, 2007

                                                              Respectfully submitted,

HERRICK, FEINSTEIN LLP                       SALON MARROW DYCKMAN NEWMAN
                                                                   & BRODY, LLP

By: _____                          By: _____
Barry Werbin, Partner                                   Daniel I. Goldberg, Partner
2 Park Avenue                                                 292 Madison Avenue
New York, New York 10016                        New York, New York 10017
Telephone: (212) 592-1418                       Telephone: (212) 661-7100

*Attorneys for Excalibur Limited Partnership and*
*Whalehaven Capital Fund Ltd.*                  *Attorneys for Earth Biofuels, Inc.*

So Ordered: JAN     2008

_____
Hon. George B. Daniels, U.S.D.J.
Dated: **HON GEORGE B. DANIELS**